Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

Sara Khosroabadi, Esq.
Nevada Bar No. 13703
**HYDE & SWIGART**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (619) 233-7770
sara@westcoastlitigation.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Keith H. Asbell*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Keith H. Asbell,<br><br>Plaintiff,<br>v.<br><br>Synchrony Lending, Inc., Wells Fargo Home Mortgage, Equifax Information Services LLC and Trans Union LLC,<br><br>Defendants. | Case No.: 2:17-cv-01212-JCM-VCF<br><br>**Stipulation of Dismissal of Synchrony Lending, Inc.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Keith H. Asbell ("Plaintiff") and Defendant Synchrony Lending, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 13th day of November 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ J. Christopher Jorgensen
J. Christopher Jorgensen, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Attorneys for Defendant*
*Synchrony Lending, Inc.*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 14, 2017

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on November 13, 2017, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148