1  Michael Kind, Esq.
2  Nevada Bar No. 13903
   **KAZEROUNI LAW GROUP, APC**
3  6069 South Fort Apache Road, Suite 100
4  Las Vegas, Nevada 89148
   Phone: (800) 400-6808 x7
5  mkind@kazlg.com

6  Sara Khosroabadi, Esq.
   Nevada Bar No. 13703
7  **HYDE & SWIGART**
8  6069 South Fort Apache Road, Suite 100
   Las Vegas, Nevada 89148
9  Phone: (619) 233-7770
10 sara@westcoastlitigation.com

11 David H. Krieger, Esq.
12 Nevada Bar No. 9086
   **HAINES & KRIEGER, LLC**
13 8985 S. Eastern Avenue, Suite 350
14 Henderson, Nevada 89123
   Phone: (702) 880-5554
15 dkrieger@hainesandkrieger.com
16 *Attorneys for Plaintiff Keith H. Asbell*

17
                 **UNITED STATES DISTRICT COURT**
18                    **DISTRICT OF NEVADA**
19

| | |
|---|---|
| Keith H. Asbell, | Case No.: 2:17-cv-01212-JCM-VCF |
| Plaintiff, | **Stipulation of Dismissal of Equifax Information Services LLC** |
| v. | |
| Synchrony Lending, Inc., Wells Fargo Home Mortgage, Equifax Information Services LLC and Trans Union LLC, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Keith H. Asbell ("Plaintiff") and Defendant Equifax Information Services LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 27th day of November 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**SNELL & WILMER LLP**

By: /s/ Bradley T. Austin
Bradley T Austin, Esq.
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
*Attorneys for Defendant*
*Equifax Information Services LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 20, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on November 27, 2017, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148